IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AT & T CORP., a New York
corporation

       Plaintiff,

vs.                                      CASE NO.: 4:07cv538-SPM/WCS

CRUISE HOLIDAYS OF
TALLAHASSEE, INC.,

       Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed pursuant to Plaintiff's Notice of Voluntary Dismissal (doc. 5) and Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, the clerk shall close the case.

SO ORDERED this 4th day of February, 2008.

                                               *s/ Stephan P. Mickle*
                                               Stephan P. Mickle
                                               United States District Judge